**Order entered September 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01111-CV

### IN RE BABU S. KALLUVILAYIL, Relator

**Original Proceeding from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F-9100956-H**

## ORDER
Before Justices Lang-Miers, Stoddart and Whitehill

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.


/s/    BILL WHITEHILL
        JUSTICE